**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 4 EAL 2023

                Respondent          :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

                v.                       :

                                        :

JESSIE DAVIS,                          :

                Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 23rd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.